$52.64
#6759

# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (716) 546-2500
Fax: (716) 546-7218
E-mail: zmcmw@aol.com

December 7, 2009

United States Bankruptcy Court
ATTN: Cheri Fiordeliso
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

**RECEIVED DEC - 8 2009 BANKRUPTCY COURT ROCHESTER, NY**

RE: **William & Pauline Amy Conroy**
**BK 07-22094**
**Unclaimed Funds**

Dear Cheri:

I enclose the Trustee's check #22 in the amount of $52.64, which represents unclaimed funds by M&T Bank for claim #21.

The claimant returned the distribution check with a note stating that the account has been paid. The funds are not sufficient to allow a second distribution to the remaining claimants. Therefore, I am remitting the funds to Bankruptcy Court.

If you have any questions, please call.

Very truly yours,

Lucien A. Morin, II
Chapter 7 Trustee

LAM/jmc
Enclosure